Frederick Siemann, an Infant, by Diederich W. Siemann, His Guardian ad Litem, Respondent, v. New York Transportation Company, Appellant. Diederich W. Siemann, Respondent, v. New York Transportation Company, Appellant.— Judgments and orders affirmed, with costs. No opinion.

Patrick Lynch, Respondent, v. John Peirce, Appellant.— Judgment and order affirmed, with costs. No opinion. (Houghton, J., dissenting.)

Lillie Lawlor, Respondent, v. Densmore-Compton Building Company and No. 471 Park Avenue, Incorporated, Appellants.— Judgment affirmed, with costs, on the opinion of the court below (reported in 63 Misc. Rep. 458), with leave to defendants to withdraw demurrer and to answer on payment of costs.

Wilson R. Hunter, Appellant, v. Alexander S. Bacon, Respondent.— Judgment and order affirmed, with costs. No opinion.

Emma Cohn, Respondent, v. Catskill Mountain Railway Company, Appellant. — Judgment and order reversed, new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $1,500, in which event judgment as so modified and order affirmed, without costs. (McLaughlin and Scott, JJ., dissenting and voting for reversal.) Settle order on notice.

Webster Realty Company, Appellant, v. Annie M. Geraty, Respondent.— Judgment affirmed, with costs. No opinion.

Henry M. Seely and Others, Appellants, v. Austin B. Fletcher, as Trustee under the Wills of Conrad Braker, Jr., and Frances J. Braker, Respondent, Impleaded with Conrad M. Braker and Others.— Judgment affirmed, with costs, with leave to plaintiff to amend on payment of costs. No opinion.

Michael J. Slattery, Respondent, v. Emil Bartolicus, Doing Business under the Trade Name of Star Iron Works, Appellant.— Judgment and order affirmed, with costs. No opinion.

James Enright, an Infant, by Annie Enright, His Guardian ad Litem, Respondent, v. Murtha & Schmohl Company, Appellant, Impleaded with Martin Garone. — Judgment and order affirmed, with costs. No opinion.

Estelle Green, Respondent, v. Orville A. Dickinson, Doing Business under the Name and Style of Green Car Sight-Seeing Company, Appellant.— Determination affirmed, with costs. No opinion.

Andrew J. Graham, Respondent, v. Moses Reis, Appellant.— Judgment and order affirmed, with costs. No opinion.

Pietro Benvegna, Respondent, v. United Surety Company, Appellant. (No. 2.) Damiano Musco v. United Surety Company.— Judgments affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs.

Marie Schneittacher, Respondent, v. Illustrated Postal Card and Novelty Company and John Bergman, Appellants, Impleaded with John Doe and Richard Roe (Persons whose Names Are Fictitious and Unknown to the Plaintiff), Defendants.— Judgment affirmed, with costs, with leave to defendants to withdraw demurrer and answer on payment of costs. No opinion. (Ingraham and McLaughlin, JJ., dissenting.)

Charles Deitsch and Edward J. Deitsch, Trading as Deitsch Brothers, Respondents, v. Martin & Bowne Company and Cauvigny Brush Company, Appellants.